UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: ) | | |
|     STONY POINT LAND, INC. ) | | Case No. 10-31740-KRH |
| ) | | Chapter 11 |
| Debtor. ) | | |
| _____) | | |
| | | |
| STONY POINT LAND, INC. ) | | |
| ) | | |
| Plaintiff ) | | |
| ) | | |
| v. ) | | Adversary Proceeding No. |
| ) | | 10-03107-KRH |
| THOMAS R. HUBBARD ) | | |
| and ) | | |
| KATHERINE HUBBARD ) | | |

### PLAINTIFF'S EXPERT WITNESS DISCLOSURE

Pursuant to Rule 7026(a)(2) of the Federal Rules of Bankruptcy Procedure and the Scheduling Order entered in this case, Plaintiff Stony Point Land, Inc. identifies Mark Kukoski as an expert witness on real estate development in the Richmond area. Mr. Kukoski's analysis and opinions, and the basis of his analysis and opinions, are set forth in the attached expert report. Mr. Kukoski will base his opinions on, among other things, his knowledge, experience, background and training in the applicable business and industry; his knowledge of the practices and customs of that industry; and his review of documents and information related to this matter.

---

John K. Burke, Jr. (VSB No. 16798)
Andrea M. Sullivan (VSB No. 41944)
Troutman Sanders LLP
P.O. Box 1122
1001 Haxall Point
Richmond, Virginia 23218-1122
(804) 697-1210
(804) 698-5105
john.burke@troutmansanders.com
andrea.sullivan@troutmansanders.com

Special Counsel to the Debtor

Dated: November 11, 2010    Troutman Sanders LLP

By: /s/ Andrea M. Sullivan
Counsel

John K. Burke, Jr. (VSB No. 16798)
Andrea M. Sullivan (VSB No. 41944)
Troutman Sanders LLP
P.O. Box 1122
1001 Haxall Point
Richmond, Virginia 23218-1122
(804) 697-1210
(804) 698-5105
john.burke@troutmansanders.com
andrea.sullivan@troutmansanders.com

Special Counsel to the Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2010, a true copy of Plaintiff's Expert Witness Disclosure was delivered via the CM/ECF system to all parties who receive notice in this case, and by electronic means to counsel for the Debtor.

/s/ Andrea M. Sullivan

1997163v1