UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
|     STONY POINT LAND, INC. ) | Case No. 10-31740-KRH |
| ) | Chapter 11 |
|                    Debtor. ) | |
| ) | |
| THOMAS R. HUBBARD ) | |
| and ) | |
| KATHERINE HUBBARD ) | |
| ) | |
|                   Plaintiffs ) | |
| ) | |
| v. ) | Adversary Proceeding No. |
| ) | 10-03107-KRH |
| STONY POINT LAND, INC. ) | |
| ) | |
|                   Defendant ) | |

## QUALIFICATIONS OF DEFENDANT'S
## EXPERT WITNESS MARK KUKOSKI

Pursuant to Local Rule 9017-1, the Defendant, Stony Point Land, Inc., by special counsel, submits the attached duplicate statement of Mr. Kukoski's qualifications.

John K. Burke, Jr. (VSB No. 16798)
Andrea M. Sullivan (VSB No. 41944)
TROUTMAN SANDERS LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23218-1122
(804) 697-1210
(804) 698-5105 (facsimile)
john.burke@troutmansanders.com
andrea.sullivan@troutmansanders.com
**Special Counsel to Stony Point Land, Inc.**

STONY POINT LAND, INC.

By /s/ John K. Burke, Jr.
John K. Burke, Jr.
Andrea M. Sullivan
TROUTMAN SANDERS LLP
P.O. Box 1122
1001 Haxall Point
Richmond, VA 23218-1122
(804) 697-1210
(804) 698-5105
john.burke@troutmansanders.com
andrea.sullivan@troutmansanders.com
*Special Counsel to Stony Point Land, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January, 2011, a true copy of this pleading was hand delivered to:

Stephen C. Conte
Blackburn, Conte, Schilling & Click, P.C.
300 W. Main Street
Richmond, VA 23220

Donna J. Hall
Samuel I. White, P.C.
5040 Corporate Woods Drive
Suite 120
Virginia Beach, VA 23462

#2015191

# MARK KUKOSKI
P O Box 17971 ~ Richmond, VA 23226
m.kukoski@verizon.net ~ 804-839-3424

## PROFESSIONAL EXPERIENCE

Eagle Construction of VA

**Development Manager**      12/09 to present
Overall management responsibility for the completion of the $250,000,000.00 West Broad Village urban mixed use project. This is one of the largest mixed use projects in Richmond Virginia. This project includes 528 townhouse lots with a multimillion dollar clubhouse and pool facility.

E|CLASS Advisors, LLC ~ Richmond, VA

**Senior Advisor**      3/09 to 12/2009
Perform due diligence analysis on distressed development projects, in order to facilitate the investment in the project and ultimately manage the completion of the project. Currently completing an analysis of a 250 million dollar mixed use project in the Richmond metropolitan area, that is over 100 acres and includes over 500 townhouse lots, 350 apartments, retail and office space.

WILTON DEVELOPMENT CORP/WILTON REAL ESTATE CORP ~ Richmond, VA

**President**      2004-2008
**Vice President**      2002-2003
Delivered over 1,000 building lots and worked on the entitlement of over 2,000 additional lots. Evaluated and planned the purchase of land for new communities. Developed pro forma models and arranged financing. Managed the entitlement and development process for new master planned communities. Projects ranged in size from twelve single-family lots to mixed-use projects of over 1,000 units. Responsible for multiple companies and projects with yearly revenues exceeding $20 million.

THE MARCUS GROUP LLC ~ Arlington, VA and Richmond, VA

**Managing Member**      1993 to 2001
Investments, consulting, sales and redevelopment of residential properties. Performed due diligence on distressed land development projects to ultimately transform them into profitable communities. Analyzed distress properties for redevelopment opportunities.

CHARES E. SMITH CONSTRUCTION INC. ~ Arlington, VA

**Vice President**  1988 to 1992
Managed the entitlement process on Worldgate Office Park, University Center Office Parks along with the infill development in the Skyline Mixed Use Park

**Assistant Vice President**  1987 to 1988
Managed the construction of the initial infrastructure and office building at the fifty acre Worldgate Office park, including bridges over the Dulles Access/Toll Roads.

**Project Manager**  1977 to 1986
Managed the construction of office buildings, apartment buildings and the associated retail space to include restaurants, hotel and over one million square feet of tenant build-out.

# EDUCATION and AFFILIATIONS

VIRGINIA TECH ~ BS in Building Construction
ULI and RE Continuing Education Courses

Real Estate Broker License (Virginia)
Class A Builder License (Virginia)
Vice Chairman, Central Virginia Waste Management Authority
ULI Member
Past President and Board Member Monument Avenue Preservation Society (MAPS)
Past Board Member Historic Monument Avenue and Fan District Association (HMA & FDA)
Past member of the ground committee at Riverside School